MADELYN A. MAHANEY v. WALDWICK COVERED
TENNIS COURTS.

October 20, 1980.

Petition for certification denied.

CHARLES VICARI v. NATIONWIDE INSURANCE.

October 20, 1980.

Petition for certification denied.   (See 174  *N.J.Super.* 463)

GELSTON CASTLE ASSOCIATES v. CSABA BERECZKI.

October 20, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAMON PEREZ.

October 20, 1980.

Petition for certification denied.